# EXHIBIT A

# Henry L. Rigali
## Attorney at Law
78 Maple Street
Springfield, Massachusetts 01105-1813
hrigali@aol.com

Telephone: (413) 736-6600

Tele-facsimile: (413) 736-6606

February 9, 2012

Ms. Lisa Koss
12 Cedar Hill St.
Palmer, MA 01069

Re: Investigation of Workplace Incidents

Dear Ms. Koss:

The Board of Water Commissioners has requested my office to investigate allegations of sexual harassment you allege to have occurred in the workplace. That process will involve interviews and the assembly and review of any records or other relevant evidence that may surface during the investigation. A fact summary will thereafter be submitted to the Board, following which the Board will take appropriate action.

Interviews will be pre-scheduled and private. A steno or note-taker will be present at all times. Although this is an admittedly uncomfortable situation, it is my firm intention to make every reasonable effort to be fair and respectful to all involved. You are not required to do so but I have absolutely no problem if you would like to have someone with you during the interview(s) - an adult friend or family member for support, a counselor, therapist, attorney, etc.

The purpose of the interviews will be to obtain and document the relevant facts. It is not my intention to render opinions or to judge the accuracy, truth or falsity of statements as they are submitted or to engage in expressions of personal opinion or debate. My goal is to gather and summarize the facts and in doing so provide each witness the opportunity to disclose whatever information they wish without fear of interruption or criticism. Information you provide will be disclosed to the Board and - depending on the results of the investigation and Board action - may be disclosed in subsequent legal proceedings.

You are not required to participate in this investigation. However, if you decide not to do so you will prevent the Board from addressing the situation and may waive or undermine your legal rights.

If you would like to proceed, I am presently available at 4:00 p.m., Thursday, 2/16th; Wednesday, 2/22nd and Thursday, the 2/23rd to interview you. Unless you are uncomfortable with this location, we can conduct your interview after hours at the Water Department office. Alternatively, interviews will occur in my office in Springfield.

Ms. Lisa Koss Letter
Page two of two pages
February 9, 2012

    I invite you to provide me with a written description of events ahead of time wherein you provide as much detail as possible - dates; times; locations; a detailed description of what occurred; names of persons present or others who may have witnessed the incidents; persons to whom incidents were reported; the date and time such reports were made; the manner in which the incidents have affected you, etc., and whatever other information or comments you would like to submit.

    I look forward to speaking with you and thank you for your cooperation.

                               Sincerely,

                               Henry L. Rigali, Esq.