# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 3:12-cv-30170-MAP

LISA KOSS,

    Plaintiff

v.

PALMER WATER DEPARTMENT,
PALMER FIRE DISTRICT NO. 1 AND
PALMER WATER DISTRICT NO. 1,
WILLIAM COLE and CHARLES M.
CALLAHAN, III,

    Defendants

## PROPOSED ORDER

After consideration of the Plaintiff's, Lisa Koss, Motion to Compel Documents Relating to Sexual Harassment Investigation:

IT IS HEREBY ORDERED that the Defendants', Palmer Water Department, Palmer Fire District No. 1 and Palmer Water District No. 1, William Cole and Charles M. Callahan, III produce to the Plaintiff within ten days from the date of entry all documents relating to the Defendants' investigation into the Plaintiff's sexual harassment claims.

    SO ORDERED on _____, 2013.

                                                        _____