# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA KOSS,<br><br>        Plaintiff,<br><br>v.<br><br>PALMER WATER DEPARTMENT,<br>PALMER FIRE DISTRICT NO. 1 AND<br>PALMER WATER DISTRICT NO. 1,[1]<br>WILLIAM COLE and CHARLES M.<br>CALLAHAN, III,<br><br>        Defendants. | CIVIL ACTION NO. 3:12-cv-30170-MAP |

## PRIVILEGE LOG

Pursuant to Federal Rule of Civil Procedure 26(b)(5)(A) and Local Rules of The United States District Court for the District of Massachusetts 34.1(e), Defendants, Palmer Water Department, Palmer Fire District No. 1 and Palmer Water District No. 1, William Cole and Charles M. Callahan, III, hereby serve upon counsel for Plaintiff, Lisa Koss, the underlying privilege log of documents, communications, and/or tangible things that are responsive to written discovery requests that Defendant's object to and have been withheld from production on the basis that such information is privileged or subject to protection as material prepared in anticipation of litigation.

Federal Rule of Civil Procedure 26(b)(5)(A) states as follows:

*Claiming Privilege or Protecting Trial-Preparation Materials.*

---

[1] There is only one employer, not two or three employers, of the plaintiff and the entities listed in the above-referenced caption are not the correct legal names.

Page 1 of 8

> (A) *Information Withheld.* When a party withholds information otherwise discoverable by claiming that the information is privileged or subject to protection as trial-preparation material, the party must:
> (i)  expressly make the claim; and
> (ii) describe the nature of the documents, communications, or tangible things not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim.

Local Rules of the United States District Court for the District of Massachusetts 34.1(e) states as follows:

> When a claim of privilege is asserted in objection to any document request, or any subpart thereof, and any document is not provided on the basis of that assertion, the attorney asserting the privilege shall identify in the objection the nature of the privilege that is being claimed with respect to each such document. If the privilege is being asserted in connection with a claim or defense governed by state law, the attorney asserting the privilege shall indicate the particular privilege rule that is being invoked.

The information as required by the aforementioned rules is identified as follows:

| Date | Author(s) | Recipient(s) | Description | Privilege |
| --- | --- | --- | --- | --- |
| February 6, 2012 | Daniel Morton-Bentley, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| February 6, 2012 | Henry Rigali, Esq. | Daniel Morton-Bentley, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |

| Date | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| February 7, 2012 | Daniel Morton-Bentley, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| March 1, 2012 | Daniel Morton-Bentley, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| March 1, 2012 | Henry Rigali, Esq. | Daniel Morton-Bentley, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| March 30, 2012 | Daniel Morton-Bentley, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 5, 2012 | Daniel Morton-Bentley, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |

Case 3:12-cv-30170-MAP   Document 32-2   Filed 09/23/13   Page 5 of 9

| Date | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| April 11, 2012 | Karina Schrengohst, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 11, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq., Charles Callahan, James Ammann | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 11, 2012 | Karina Schrengohst, Esq. | Henry Rigali, Esq., Charles Callahan, James Ammann | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 11, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 12, 2012 | Karina Schrengohst, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |

| Date | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| April 12, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 17, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq., Charles Callahan, James Ammann, Joe Mastalerz | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 19, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq. | What: E-mail with Memorandum of Law made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendationconcerning Ms. Koss's allegations. | Attorney work product and/or attorney-client privilege |
| April 24, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq., Charles Callahan, James Ammann, Joe Mastalerz | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation related to communication with Mike Shea regarding scheduling interview with Ms. Koss | Attorney work product and/or attorney-client privilege |

| Date | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| April 24, 2012 | Karina Schrengohst, Esq. | Henry Rigali, Esq., Charles Callahan, James Ammann, Joe Mastalerz | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation related to communication with Mike Shea regarding scheduling interview with Ms. Koss | Attorney work product and/or attorney-client privilege |
| April 24, 2012 | Karina Schrengohst, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 24, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| April 25, 2012 | Karina Schrengohst, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| May 2, 2012 | Karina Schrengohst, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |

| Date | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| May 2, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation related to rescheduled meeting with Ms. Koss and Mike Shea | Attorney work product and/or attorney-client privilege |
| May 10, 2012 | Henry Rigali, Esq. | Karina L. Schrengohst, Esq., Charles Callahan, James Ammann, | What: E-mail with Memorandum of Law made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendationconcerning Ms. Koss's allegations. | Attorney work product and/or attorney-client privilege |
| May 14, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| May 15, 2012 | Karina Schrengohst, Esq. | Henry Rigali, Esq. | What: E-mail made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendation concerning Ms. Koss's allegations | Attorney work product and/or attorney-client privilege |
| June 19, 2012 | Henry Rigali, Esq. | Karina Schrengohst, Esq. | What: E-mail with Memorandum of Law made in anticipation of litigation.<br><br>Subject: Legal strategy, advice, and recommendationconcerning Ms. Koss's allegations. | Attorney work product and/or attorney-client privilege |

Respectfully Submitted,

Karina L. Schrengohst, Esq.
BBO #681614
Counsel for Defendants
Royal LLP
270 Pleasant Street
Northampton, Massachusetts 01060
Tel. (413) 586-2288/Fax (413) 586-2281

Dated: August 15, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Privilege Log* was served upon the attorney of record for each other party, Michael O. Shea, Esq., Law Office of Michael O. Shea, P.C., 3 Crane Park Drive, Suite 7, Wilbraham, MA 01095, via e-mail and by first-class, U.S. mail, postage prepaid, on August 15, 2013.

Karina L. Schrengohst, Esq.