UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA KOSS,<br><br>            Plaintiff,<br><br>v.<br><br>PALMER WATER DEPARTMENT,<br>PALMER FIRE DISTRICT NO. 1 AND<br>PALMER WATER DISTRICT NO. 1[1],<br>WILLIAM COLE and CHARLES M.<br>CALLAHAN, III,<br><br>            Defendants. | CIVIL ACTION NO. 3:12-cv-30170-MAP |

### DEFENDANTS' MOTION FOR RECONSIDERATION OF MAGISTRATE'S ORDER ON DEFENDANTS' MOTION FOR RULE 35 PSYCHOLOGICAL EXAMINATION

Defendants, Palmer Water Department, Palmer Fire District No. 1 and Palmer Water District No. 1, William Cole, and Charles M. Callahan, III ("Defendants"), respectfully request that the Court reconsider Magistrate Judge Kenneth P. Neiman's February 20, 2014 decision to deny Defendant's Motion for Rule 35 Psychological Examination on the grounds that the Court's Order is clearly erroneous and/or contrary to law because: (1) this motion was filed timely; and (2) Defendants have shown "good cause" why such examination is necessary.

*DENIED. Judge Neiman's resolution of Defendant's motion was well supported. It was certainly neither clearly erroneous nor contrary to law. So ordered.  /s/ Michael A. Ponsor USDJ  3·13·14*

[1] There is only one employer, not two or three employers, of the plaintiff and the entities listed in the above-referenced caption are not the correct legal names.