UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA KOSS,<br><br>                      Plaintiff,<br><br>v.<br><br>PALMER WATER DEPARTMENT, PALMER FIRE DISTRICT NO. 1 AND PALMER WATER DISTRICT NO. 1, WILLIAM COLE and CHARLES M. CALLAHAN, III,<br><br>                      Defendants. | CIVIL ACTION NO. 3:12-cv-30170-MGM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action hereby stipulate that all claims in this action be dismissed, including all original and amended complaints, with prejudice and without costs, and with all rights of appeal waived.

| For Plaintiff | For Defendants |
|---|---|
|  /s/ Michael O. Shea, Esq.  |  /s/ Karina L. Schrengohst, Esq.  |
| Michael O. Shea, Esq. | Karina L. Schrengohst, Esq. |
| BBO #555474 | BBO #681614 |
| Counsel for Plaintiff | Counsel for Defendants |
| Law Office of Michael O. Shea, P.C. | Royal LLP |
| 3 Crane Park Drive, Suite 7 | 270 Pleasant Street |
| Wilbraham, Massachusetts 01095 | Northampton, Massachusetts 01060 |
| Tel.: (413) 596-8005/Fax: (413) 596-8095 | Tel.: (413) 586-2288/Fax: (413) 586-2281 |
| E-mail: owenshea@aol.com | E-mail: kschrengohst@royalllp.com |
| Dated: August 17, 2015 | Dated: August 17, 2015 |

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Stipulation of Dismissal With Prejudice* was served upon the attorney of record for each other party via the Court's CM/ECF Electronic Case Filing System on August 17, 2015.

                                         /s/ Karina L. Schrengohst, Esq.
                                         Karina L. Schrengohst, Esq.